UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Melissa White,

    Plaintiff(s)

v.

Great Northern Insurance Company,

    Defendant(s)

Case No. C 4:16-CV-02118 SBA

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  The parties are agreed to pursue private mediation, but have not yet discussed or agreed upon a mediator

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: November 30, 2016

Date: July 12, 2016     Signed: /s/ Samuel L. Bruchey
                                                        Attorney for Plaintiff

Date: July 12, 2016     Signed: /s/ Stephen J. Liberatore
                                                        Attorney for Defendant

- ☒ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS

*Saundra B Armstrong*
U.S. DISTRICT/MAGISTRATE JUDGE

*Important: E-file this form in ECF using the appropriate event among these choices "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR"*

*Form ADR-Stip rev. 6-2016*